1006

WEI XU, Appellant, v FANGRUO CHEN, Respondent.

Submitted December 10, 2012; decided January 15, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

In the Matter of YARY, an Infant. CAROL W., Petitioner; LEAKE & WATTS SERVICES, INC., et al., Respondents.

In the Matter of YARY, an Infant. LEAKE & WATTS SERVICES, INC., Respondent; CARMEN A., Appellant, et al., Respondent.

Submitted January 7, 2013; decided January 15, 2013

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.